■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN L. RODRIGUEZ, Appellant. [734 NYS2d 794] —Judgment unanimously affirmed. Memorandum: Defendant was convicted of assault in the first degree (Penal Law § 120.10 [1]) and burglary in the first degree (two counts) (Penal Law § 140.30 [2], [3]) arising from an incident in which he entered the apartment of his former girlfriend and stabbed her current boyfriend. Contrary to the contention of defendant, the evidence is legally sufficient to establish that he entered the apartment unlawfully. Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620, 621), we conclude that there is a valid line of reasoning and permissible inferences that could lead a rational person to conclude that defendant possessed a key to the apartment without the knowledge or consent of his former girlfriend and used that key to enter the apartment without her permission. Contrary to the further contention of defendant, the verdict is not against the weight of the evidence with respect to the intent element of each crime. In view of evidence of defendant's prior threat to kill the boyfriend, defendant's statements during the commission of the crime and the nature of the boyfriend's wounds, it

cannot be said that the jury failed to give the evidence on the issue of intent the weight it should be accorded (*see, People v Bleakley*, 69 NY2d 490, 495). Finally, the sentence is not unduly harsh or severe. (Appeal from Judgment of Erie County Court, Drury, J.—Assault, 1st Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Burns, JJ.